4-23CV-282-P

# PETITION FOR WRIT OF HABEAS CORPUS

**To the Honorable Judge of Said Court:**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Now comes Michael Rios 0665863, hereinafter called Applicant, by and through Michael Rios 0665863 herein Pro Se by Michael Rios 0665863, Petitioner, for and in behalf of Michael Rios 0665863, and files this his petition and application for writ of habeas corpus and would show the court the following:

That your Applicant is illegally confined and restrained of his liberty by Billy Waybourn as the Sheriff of Tarrant County, in the Greenbay Unit 2500 Urban Dr. Fort Worth, Tarrant County Texas

Said confinement and restraint is by virtue of a certain order of Agency 12, CDC2, and CCC9 denying process to your Applicant, as will appear by reference to a copy of said order which can not be obtained at this time.

Said confinement and restraint is by virtue of a certain order of Agency 12, CDC2, and CCC9 requiring your Applicant to give bail in the sum of $3,000 total amount, as will appear to be a hold on case 1640961 by reference to a copy of said order which cannot be obtained at this time and said bail is excessive and unreason

To make out a due process claim regarding a court's cla
selection procedure, the plaintiff must demonstrate that
the procedure used risked erroneously depriving plaintiff
of its rights and that the risk outweighed the added cost
associated with a substitute procedure. USCA. Const. Am

§ 3:49. Motion to dismiss for lack of personal jurisdiction or to
quash return for insufficiency of service of process – Impro
service of process [Fed. R. Civ. P. 12(b)]

Michael Rios C665863 moves the court to dismiss the actio
or, in the alternative, to quash the return of the service
of the summons on the grounds (a) The Defendants of 37
for the sponsorship and or approval of the True Bill being pas
or elected, then and there made into an indictment; a chargin
instrument with fraudulent material(s) and had knowledge th
the materials are fraudulent and with intent or purpose that
the materials to be acted upon and the court or Defendant(s)
Federal Practice and Procedure and the United States (or stat
subjected themselves to a voice of process within the State of
Texas of executing such scheme and artifice, transmitted in
interstate and foreign commerce writings, signs and signal
and (b) between approximately April 2023 through present does e
Mail, (assigned) to indictment of Texas and elsewhere, did (knowing
of the foreign court made to (1), (agents) and or (2) etc., (known and

unknown to the Grand Jury, did knowingly and intentionally devis
and to obtain money and property by means of materially fals
and fraudulent pretense, representations, and promises, Knowir
such pretenses, representations, and promises were false and
fraudulent when made, and for the purpose of an illegal detentio
to result of your Applicant, by your Applicant, and to your Applic

The challenge to personal jurisdiction is governed procedural
by Rule 12(b). In case the service in state court was defecti
your Applicant ask the Court to grant Habeas Corpus. In the ca
of insufficient service in state court, your Applicant may ser
the court again with federal process. For this reason, it appears
the judge has discretion to refuse to dismiss the case outrigh
and may order dismissal conditioned upon failure to obtain new
service upon the court, if proper service can be obtained in
federal court.

The motion to challenge jurisdiction over the person to make suc
a motion. Objections to venue in federal court may be available
for the district in which the state court sits.

Wherefore, premises considered, Applicant prays that this court
grant and issue a Write of Habeas Corpus to the said X _____
directing and commanding him to produce and have your Applicant
before this court instanter, or at such time and place to be,
not to exceed 10 days of this here order, motion, and petition
then and there to show cause, if any he may have, why

your Applicant should not be released.

Before me, The undersigned authority, on this day personall
appeared, Michael Rios 0665863, who being by me duly
sworn, upon oath states that the allegations of fact contai
in the foregoing Application for Writ of Habeas Corpus ar
true and correct.

Michael Rios
March 11, 2023

2201 C St, NW
Washington, DC 20520

bioinformatics and sensitive list of materials of audible off-switches

I, Michael Rios, have a psychiatric disability manifested by intellectual deficit and borderline intellectual functioning aggravated by such service incurred PTSD by active such in-service stressor event to include in-serv racial harassment, in-service sexual harassment, in-service verbal abuse, in-service aggravated identity theft, in-service abuse by illegal incarcerat for I have a technological instrument; which is a nerve-root impingement that the FAA recruiting air-traffic games has engaged to neural foraminal narrowing, that I have been forced to listen to (IVR) interactive voice resp and the local Intercast, that I have reported to this facility and to the Tarrant County Jail, Fort Worth, Texas and that (TCSO) Tarrant County Sherrifs Office has me falsely incarcerated since April 28, 2020 until current date against my will, that I, Michael Rios, am afraid to raise any controverting evidence due to comprimising neural functional impairment abnormality to a state of abuse, neglect, or to compel productions to a peer-reviews discretionary abuse of power through privileges in ordinary course of bussiness that is clearly malpractice and such a mandamus warning should be issued and arrest should be made with investigations



**Inmate Info**

Name: MICHAEL RIOS (1987-01-25)
Booking Number: 0665863
Submitted Date: 08/27/22 13:18
Submitted from Location/Room: 41E02/GB 41 E-2
Current Location/Room: Tarrant County, TX
Facility: Tarrant County, TX

**Form Info**

Category: Jail Programs
Form: Law Library Attendance

**Request Info**

Status: NEW
Facility Deadline: 09/01/22 23:59 (3d)



I want to be released from custody of (TCSO)

AUG 3 0 2022



Attended

**Details of Request:**

I would like to attend the law library for legal work please

**Details of Request:**

What is your specific request?:
I would like to attend the law library for legal work please

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/27/22 13:18 | MICHAEL RIOS | Submitted New | I would like to attend the law library for legal work please |

Stakeholders or those who have Web access to a routing system that of su equipment that might identified and/or equivelant to the Pan Out OptiCam access to the Video-stagmography (VNG) neural foraminal narrowing coherer cache proximal neurophysiological nerve-root impingement regarding Vestibul Ocular-Nystagmus peripheral vestibular dysfunction technological instrument, harassment-work environment, hostile environment; severit pervasiveness, and frequency presumptions and construction as to Constitutionality consideration of limiting construction of harassmens that has me falsely incarcerated since April 28, 2020 until current date, against my will, that I, Michael Rios CID# 0665863, am afr to raise any controverting evidence due to comprimising neural function impairment abnormality to a state of abuse, neglict, or to compel productions to a peer-reviews discretionary of abuse of power through privileges in ordinary course of bussiness that is clearly malpractice an such a mandamus warning should be issued and arrests should be made with investigations. It is an illegal seizure of my Web access to my instrument to my coherency cache to my function to my nerve-root impingemen proximal neurophysiological application and illegal seizure of my Web access to my coheren cache to my support to my application to my functional impairment to my sufficient cognitive behavioral to my emotional spheres to my occupation or function of a task to be performed.

Please send a certificate of reciept that you hav
received my enclosed letter about my complaint to

Michael Rios 0665863            To: F.C.C.
100 N. Lamar St.                Federal Communications
Fort Worth, TX 76196            Commission

My complaint is,

I am currently incarcerated at Greenbay Unit
Tarrant County Jail. I am hearing the outer edge in the sa
vertical plane in disposition partially surrounding relationship to the
tuner perimeter that lacks antecedents purposely to cause damage, injures, and fr
Greenbay Unit facility is involved in wire fraud
cases frequently involve in conspiracy charges under
18 U.S.C.A. § 371 by using digital data recorders,
oscilloscopes, "signal analyzers", signal generators,
network analyzers and microwave test receivers, are
specified by 3A002.a.6, 3A002.a.7, 3A002.c, 3A002.d
3A002.e and 3A002.f, for non-interleaved
multiple-channel employing closed loop on a digital
tuner perimeter control range for interleaved channel
on multiple-channel from a integrated circuit transient
recorders using signal acquisition boards to the tilt
per user's. Per user's Tilt, induced noise using filtering
techniques to which a signal is shifted as an intermediate
step in a superheterodyne receiver down conversion directly to the
base band in violation of breach of a threshold requirement.

Structures attempt to correct for "signal corruption" by suppressing "corruption induced noise". I can't read a book to myself, for every word I read is being implemented out loud accross the structure that is suppose to be reducing signal corruption induced noise. A function generator isn't dividing the sample rate through a bandpass filter to demodulate the recover information consumption measurement functionality that provides bi-directional amplitude and phase control for transmission and reception of signals power dissipation per gate/terminal The multiple channel optical band pass Per User Tilt shifted filtering techniques are being subsidized and leased; illegally, to network analyzers employing digital data recorders; illegally, to Per User's Tilt; illegally, as far as my control range of site are able to see and as far as my control range of hearing I am able to hear and the illegal activity of character code modulation enclosed on a loop's digital tuner perimeter are being shifted by structures suppressing corruption via 3A980 Voic print identification and analysis equipment that a human observer usin near-to-eye micro display incorporating any plug-in-play, which refers to applications which Web users access to target-to-beam position feedba control within meaning of patent disclosing optical element in real-ti computer-processible information describing the subjects absoluti pattern movement and current static disposition in three-dimesional spa out loud that is suppose to be reducing suppressing corruption induced noise".

In the infliction of punishment on the party found guilty, of a criminal nature, a human observer using near-to-eye micro display incorporating any Plug-and-Play, which refers to applications which Web users can access a Target-to-beam position feedback control within meaning of patent disclosing optical element; (COLLISIONL FOCUSING), real-time computer-processible information describing the subject absolute pattern of dynamic movement and current static disposition in three-dimensional space. Objectives were undermined; Key features that are in violation of statutes governed by Texas Penal Code and violation of the U.S. Constitution, such as full and open competition for an ineffective bid protest that has abused the safeguards of the acquisition system that has funnel money to favor contractors when an agency makes an order pursuant to a task...order contract, the agency was not required to publish a notice of solicitation for the intended action related to the burden of proof to establish prejudice arising from a significant error in the software engineering and technical services for computers that can carry information from users to a procurement process was prejudice by Tim Curry Justice Center misconduct, sufficient evidence of material prejudice to support a finding of laches, a violation, because the Tarrant County Jail Staff failed to assist with the

transition over computer program code and conclude
that the City of Fort Worth Municiple and the Agency
of Tarrant County Jail did unreasonably delay
commencement of this action in the Court of Federal
Claims by enjoining litigants who are abusing the
court system by harassing their opponents through the
constructions plain and ordinary meaning that an add-on
base station(s)... has access to the public Internet, and is set
up for by a person or entity, other than a telecommunications
provider; to use voice over air interface(s) subscribers and voice
or broadband internet access service to participate in
Stage 2 of the Uniendo a Puerto Rico Fund or the USVI Connect
Fund that identity theft supports 4G LTE or 5G deployment
to engage into more identity theft and leads to worse crime.
District courts are empowered by the Texas Penal Code and Remedies
Code. Sets forth the statutory language to restrict frivolous
and vexatious litigation that provides a framework to a means-
plus-function that narrowly tailors a signal that impairs
mental capacitys distributed learning control that an unauthorize
derivated work contains copyright infringement in violation
of Section 106(2) of the Copyright Act each time a breach
of threshold is commenced of the "perception of the information"
to "elicit" or "probe" "a component capable of managing the interaction
of the users in different locations" of "the two-way local interaction"
that "trigger event(s)" of a "counter"/"increment a counter"/"if the
counter exceeds a threshold" "forwarding the input"/"a priority
code associated with the input" from or to "passive probe"/"server"

/"communication element"/"memory" from or to "interaction scripts"/"carrying information about the value to users of a product" THE EMBEZZLEMENT PROBLEM "a transaction for sale of a product or service contract for the commodit wherein an applicant evaluated within the actual environm § 4205. Weapons Systems for which procurement funding requested in budget; development and procurement schedu There is an illegal Bid Protest engaged into the Weapons System of the Home Land Security defense modules that has aim its root to modify the ALQ-249 by illegally incarcerating American Citizens, namely a resident of Texas. I write this request; for the Tarrant County Sherrif's Office and the Criminal District Court 2 along with CCC 9 have refused due process to me as an individual as a resident of Texas. I have asked these courts to dismi the lies which were made into a statement; printed on the indictment. These courts further to violate the statutory language by the continuation to ha me detained illegally in custody in Tarrant County Jai I have asked for a Speedy Trail to which I have yet to receive a response. This day and month, it is 35 months that I have been illegally incarcerated from the lack of what is alleged in the charging instrumer namely, the indictment; to be dismissed. I have wrote to the State Bar of Texas about the misconduct about my attorney, who has failed to represent my case to Criminal District Court 2 Tarrant County Fort Worth, TX

Tarrant County's Sherrif's Office (TCSO) has failed to appoint a court appointed attorney for the misdemeanor that is pending in CCC9. I have wro this court to dismiss the case for the police repo was written and funded on a lie, that is why the case has yet to be dismissed. I have wrote these courts and asked for the security camera's to be viewed to show the inconsistence of the police reports. I ask for these courts to comply, for these courts lack jurisdiction and to dismiss both cases 1640966 and 1640967 and for me to be released from the illegal incarceration that these courts have an illegal remedy to improperly enforce on your, Applicant, Michael Rios 0665863! I am sending a copy of both letters I wrote to each court room. I have also asked my attorney to file a motion to dismi both cases. I have yet to receive a response. The lette I wrote to my attorney was sent back to me with a yellow sticker that read "return to sender." I do persue to a Civil suit and remedys for the illegal incarceration that has been placed on me and the illegal practic that each staff, Judge, and attorney has subjected themselves to while being in a place of office to conduct their Code of Ethics amongst.

Michael Rios
March 10, 2023

PLACE OF PRESENT CONFINEMENT: _Tarrant County Jail_

**EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure?

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.  ___YES  ✓ NO

## IV.  PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _Michael Rios_
_100 N. Lamar St._
_Fort Worth, TX 76196_

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _The Tim Curry Center at CDC2, CCC9, and 371 St._

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Unfair Settlement Practices / Breach of Duty to Negotiate Settlement prompting a primary user_

Defendant #2: _Acclaim Physicians, Pro Path Associates_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Mishandling of trust account of client funds via a transaction contro system implemented on a computer_

Defendant #3: _Agency 12_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_of the limitations must indicate pending; the claim has yet to accrue, to conclude that the missing element is that of the presence a breached duty, the presence acknowledges every causing injury to input financial notification_

Defendant #4: _The City of Fort Worth Municipal_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_requiring an entity to promptly deliver any funds or other property that a client or third you intended to receive requires a full accounting regarding such property upon request and pu the violation of the trust bestowed, deed, deceit, or interpretation in connection with duties as may the client, the financial notification data operable for defining transaction controls associated with financial transactions initiated by_

Defendant #5: _The law office of Gill and Brissette_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_asserts that the court erred in submitting an erroneous jury charge by, among other things, excluding the defi of unconscionability and any federal laws, the financial notification data including a spending type comprising a tim limit imposed on usage of an item that is subject to the transaction controls_

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. The illegality of bioinformatics and sensitive list of materials of audible off-switches

Wire fraud cases frequently involve conspiracy charges under 18 U.S.C.A. § 371 and may involve lending. Investors to incite them to transfer funds, the specific dates of financial transfers, the false statements made. Thats what happened. Where did this happen? In various places. When did this happen? The false statement from A. Scholl that resulted to me being incarcerated in Tarrant County while I've been incarcerated and prior to me being incarcerated on the internet. And who are involved anybody who is at the TIM Curry Center and the Fort Worth Municipal and my body and/or anyplace to transfer assets to. All the defendants conspiring to commit wire fraud to induce fraudulent statements to attempt and try to having me detained against my will to be incarcerated in a county jail. I am attaching extra pages. The city of Fort Worth Municipal staff and healthcare workers who forcefully misunderstood disregarding the grievance procedure in regards to any of my complaints and voice over an air interface and Jail-porn string of protocol when my complaints in my grievance are directed directly to complaint about OCS, CRF, AF, TPF, CAMEL, SCP, FDC, CQF, CCF, OFCS, ISDN, MSISDN, MNC, the QoS parameter, 2G, 3G, 4G, LTE, 5GPP, 3G SGSN, PDN GW, SG, PLCF.

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I want the court to send the proper notifications and paperwork so that I may be released from incarceration and for violation of my rights, and (3) Do not retaliate or violate the law again me, my family and friends, community endowment, (eventually) an expunged relief that I ask for is for my last two (2) charges dismissed, reimbursement for the false my assets back, my funds replaced my funds reimbursed my funds returned, my neural instrument. I want my neural instrument information so there can't be any

**VII. GENERAL BACKGROUND INFORMATION:** retaliations, theft of services against me or breach, damages or injuries to respect against me and my person.

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael Anthony Rios

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1590456, ?, ?, ?

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_\_YES ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date warning was issued: _____

Executed on: _____
   DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_\_11 th\_\_\_\_ day of \_\_\_March\_\_\_\_, 20 23 .
          (Day)                    (month)         (year)

*Michael Rias*
*Michael Rias*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

To: Gill & Brissette
2502 Gravel Dr.
Fort Worth, TX 76102

My name is Michael Rios #
0665863. I am a client that your
office is suppose to be representing.
The day of April 28, 2020, I,
Michael Rios substained an injury.
The Ambulance was dispatched to
the address that the agency of
Fort Worth Police Department was
having me detained at the time
of arrest. I was injured when
the arresting police were guiding
me to exit the police vehicle.
The fact that the element of
being guided by an police officer
to exit the police vehicle were
I sustained an injury by being
dropped by the police officer while
being guided to exit the police
vehicle meets the critea of a
vehicle being used as an element
during an injury. I don't know if
you had time during these 3 years

to watch ANY footage from the day of April 28, 2020. I am requesting an immediate speedy Trail if these charges are not dismissed. 3 years is obviously more than enough time for a defense to be prepared. During these 3 years I hope that the evidence isn't the kind of evidence that might have been lost during my time incarcerated. I also request immediately the police report from the day of April 28, 2020. I have in my possession a letter from a eye witness who is willing to testify on my behalf of the day of April 28, 2020. I ask for an immediate response from this office that is suppose to be representing me, and not the response that reads, "we have scanned your letter into our database for further review and a response will be sent to you soon."

*Office of the Chief Disciplinary Counsel*

November 3, 2022

Michael Rios
Inmate #: 0665863
100 North Lamar Street
Fort Worth, TX  76196

Re: 202206807 - Michael  Rios - David Miles  Brissette

Dear Michael Rios:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received and examined your grievance against the above-named lawyer.  Lawyers licensed to practice law in Texas are subject to discipline only when their conduct violates the Texas Disciplinary Rules of Professional Conduct.  When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules.  If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal.  If the conduct alleges a violation, the grievance is classified as a Complaint and investigated.

Under the disciplinary rules, a lawyer is professionally responsible for determining how best to achieve a client's objectives.  Accordingly, the lawyer has very broad discretion to determine technical and legal tactics concerning the representation.  In addition, a lawyer who acts in good faith is not subject to discipline for an isolated inadvertent or unskilled act or omission, tactical error, or error of judgment.  After examining your grievance, we have determined that the conduct you described is not a violation of the disciplinary rules, for the aforementioned reasons.  Therefore, your grievance has been classified as an Inquiry and dismissed pursuant to rule 2.10 of the Texas Rules of Disciplinary Procedure.

If you would like further review of your grievance, you may choose one of the following two options:

1. Amend your grievance and re-file it with additional information that will assist us in determining whether the lawyer violated the disciplinary rules. (Examples of additional information that may be helpful include: correspondence/emails between you and your lawyer, fee agreement/contract with your lawyer, the approximate date your lawyer's conduct occurred, etc.)  It is not necessary to list the disciplinary rules you believe were violated.  You have twenty (20) days from your receipt of this letter to re-file your amended grievance.

**OR**

P. O. Box 12487, Austin, TX 78711, (512) 427-1350, (877) 953-5535, fax: (512) 427-4167

2.  Appeal this decision to dismiss your grievance to the Board of Disciplinary Appeals. You must submit your appeal directly to the Board of Disciplinary Appeals by using the enclosed form. **You have thirty (30) days from your receipt of this letter to appeal this decision.**

In compliance with the Texas Rules of Disciplinary Procedure, the Office of the Chief Disciplinary Counsel maintains confidentiality throughout the grievance process. If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.

Sincerely,

Luis J. Marín

LJM/tf

Enclosures:    BODA Appeal Form

Cc:    Mr. David Miles Brissette

THE BOARD *of* DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT *of* TEXAS
www.txboda.org

(512) 427-1578

# BODA APPEAL FORM

*202206807 - Michael Rios - David Miles Brissette*
*Bar No. - 50511628 / Dismissal Date: 10/26/2022*

## I WANT TO APPEAL THE DISMISSAL OF THIS GRIEVANCE TO THE BOARD OF DISCIPLINARY APPEALS ("BODA"). *QUIERO APELAR EL DESPIDO DE ESTA QUEJA A MESA DIRECTIVA DE APELACIONES DISCIPLINARIAS ("BODA").*

*Signature (Firma)*    ☐ Por favor comuníquese conmigo en español    *Date (Fecha)*

BODA is an appellate body and will independently review your complaint. It is **not** a part of the State Bar of Texas or the Office of Chief Disciplinary Counsel. *BODA es un órgano de apelación y revisará de manera independiente su queja. No es parte de la Barra de Abogados de Texas (State Bar of Texas) ni de la Oficina del Consejo Disciplinario Principal.*

**Return** this form to BODA within 30 days of the date you receive this notice. By returning this form, you are asking BODA to review the dismissal of your grievance by the State Bar of Texas. *Devuelva este formulario a BODA dentro de los 30 días de la fecha en que reciba este aviso. Al devolver este formulario, le está pidiendo a BODA que revise el despido de su queja por la Barra de Abogados de Texas (State Bar of Texas).*

**Do not** send any additional information to BODA. BODA will obtain a complete copy of your grievance from the State Bar of Texas. *No envíe información adicional a BODA. BODA obtendrá una copia de su agravio de la Barra de Abogados de Texas (State Bar of Texas).*

We will notify you in writing when your appeal form is received. *Le notificaremos por escrito cuando se reciba su formulario de apelación.*

Michael Rios
Inmate #:0665863
100 North Lamar Street
Fort Worth, TX 76196

☐ Check here if you agree to receive future correspondence by email at this address: *Marque aquí si acepta recibir correspondencia en el futuro por correo electrónico en esta dirección:*

_____
*Email address*

If you have a new mailing or email address, please print it here: *Si su direccion o email a cambiado desde que puso su queja, por favor ponga su nueva direccion aqui:*

_____

Mail, email or fax this form *(Envíe por correo, correo electrónico, o envíe esta forma por fax):*

**Mail:** Board of Disciplinary Appeals    **Email:** appeal@txboda.org    **FAX:** (512) 427-4130
P.O. Box 12426
Austin TX 78711

THE BOARD *of* DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT *of* TEXAS
www.txboda.org
(512) 427-1578

# BODA APPEAL FORM

*202207736 - Michael Rios - David Miles Brissette*
*Bar No. - 50511628 / Dismissal Date: 12/15/2022*

## I WANT TO APPEAL THE DISMISSAL OF THIS GRIEVANCE TO THE BOARD OF DISCIPLINARY APPEALS ("BODA"). *QUIERO APELAR EL DESPIDO DE ESTA QUEJA A MESA DIRECTIVA DE APELACIONES DISCIPLINARIAS ("BODA").*

*Signature (Firma)*       ☐ Por favor comuníquese conmigo en español

*Date (Fecha)*

BODA is an appellate body and will independently review your complaint. It is **not** a part of the State Bar of Texas or the Office of Chief Disciplinary Counsel. *BODA es un órgano de apelación y revisará de manera independiente su queja. No es parte de la Barra de Abogados de Texas (State Bar of Texas) ni de la Oficina del Consejo Disciplinario Principal.*

**Return** this form to BODA within 30 days of the date you receive this notice. By returning this form, you are asking BODA to review the dismissal of your grievance by the State Bar of Texas. *Devuelva este formulario a BODA dentro de los 30 días de la fecha en que reciba este aviso. Al devolver este formulario, le está pidiendo a BODA que revise el despido de su queja por la Barra de Abogados de Texas (State Bar of Texas).*

Do **not** send any additional information to BODA. BODA will obtain a complete copy of your grievance from the State Bar of Texas. *No envíe información adicional a BODA. BODA obtendrá una copia de su agravio de la Barra de Abogados de Texas (State Bar of Texas).*

We will notify you in writing when your appeal form is received. *Le notificaremos por escrito cuando se reciba su formulario de apelación.*

*Michael Rios*
*Inmate #:0665863*
*100 North Lamar Street*
*Fort Worth, TX 76196*

☐ Check here if you agree to receive future correspondence by email at this address: *Marque aquí si acepta recibir correspondencia en el futuro por correo electrónico en esta dirección:*

*Email address*

If you have a new mailing or email address, please print it here: *Si su direccion o email a cambiado desde que puso su queja, por favor ponga su nueva direccion aqui:*

Mail, email or fax this form *(Envie por correo, correo electrónico, o envíe esta forma por fax):*

**Mail:** Board of Disciplinary Appeals   **Email:** appeal@txboda.org   **FAX:** (512) 427-4130
P.O. Box 12426
Austin TX 78711

My name is Michael Rios 0665863. I'm writing in regards to case 1640966. I haven't heard from my attorney since the time I went to court on June 3rd 2022. I wrote a letter to my attorney. The letter was sent back to me. I'm guessing my attorney is no longer at that address. The policy, procedure, remedy is that my attorney is suppose to represent my point of view to the court concerning any rulings about case 1640966 and a change of office or any way to stay in contact for the attorney-client relationship. There are other concerns, that I wrote the State Bar about the misconduct from my attorney. Do I write the Supreme Court and asked if I'm entitled to be represented by a competent attorney? I know my case is a case that didn't require an attorney. Especially after evidence exchange. I am as innocent in the alleged assault on Security Officer -- this case was dismissed 6/1/200_ as I am innocent in case 1640966 - Assault on Public Servant, just as I am innocent in 1640967 - assault causing bodily injury - class A misdemeanor that is still pending after doing almost 3 years. Before I am forced to write the Supreme Court in the Northern District of Texas, I ask CDC2 to dismiss the case 1640966 for lack of evidence and lack of jurisdiction. This relief, I am entitled to. The relief that I sought is not granted, then I ask for a Speedy Tria_

Michael Rea
Feburary 27, 2023

My name is Michael Rios 0665863. I'm writing in-regards to case 1640967. I haven't heard from an attorney, nor do I think that a court appointed attorney for representation of council wasn't appointed, to represent my point of view to the court concerning any rulings about case 1640967. Before I am forced to write the Supreme Court, I ask CCC9 to dismiss case 1640969 - assual causing bodily injury - class A misdemeanor for lack of evidence and lack of jurisdiction. I am as innocent in the Assualt on Security Officer - dismissed 6/1/20 as I am innocent in case 1640967 - assualt causing bodily injury and as innocent that I am as in case 1640966 - Assualt Public Servant < in CDC2. I have been incarcerated for 34 months. In CCC9 my case 1640967 carrys; at the most, 1 year in a county jail. The relief that I sought is not granted, then I ask this court for a Speedy Trail

*Michael Rios*
Feburary 27, 2023

My name is Michael Rios. I am currently reading; Patient's Bill of Rights; Revised: July 28, 1998 Reference from: Texas Administrative Code, Rules of the Texas Department of Mental Health and Mental Retardation Title 25, Part 11 Rights Of Persons Receiving Mental Health Services. Chapter 404, Subchapter E. I have the right to refuse to take part in research without affecting my regular care. I have the right to be presumed mentally competent. The law is written to ensure that people who do not need treatment are not committed.

The Texas Health and Safety Code says that any person who intentionally causes or helps another person cause the unjust commitment of a person to a mental hospital is guilty of a crime by a fine of up to $5,000 and/or imprisonment in a county jail for up to one year. I have the right to be free from mistreatment, abuse, neglect, and exploitation. I have the right to be informed of those hospital rules and regulations concerning your conduct and my course of treatment. I have the right to review the information contained in my medical records. I have the right to have my records kept private and to be told about the conditions under which information about me can be disclosed as well as how I can prevent such disclosures. I, at

any time during my commitment, ask the court to ask a physician to reexamine me to determine whether I still meet the criteria for commitment. If the physician determines I no longer meet the criteria for commitment, **I must be discharged.** If the physician determines that I continue to meet the criteria for commitment, the physician must file a Certificate of Medical Examination with the court within 10 days of the filing of my request. If a certificate is filed, or if a certificate has not been filed within 10 days and I have not been discharged, the judge may set a time and place for a hearing on my request. I have a right to call a lawyer or to have a lawyer appointed to represent me in a hearing to determine whether I must remain in custody until a hearing on court-ordered mental health services is held. Before a probable cause hearing is held, I have the right to be told in writing: that I have been placed under an order of protective custody; why the order was issued; and a time and place of a hearing to determine whether I must remain in custody until a hearing on court-ordered mental health services can be held. This notice must also be given to my attorney. I have the right to a hearing within 72 hours of my detention except on the weekends or legal holidays, the hearing may be delayed until 4:00 p.m. in the afternoon

on the first regular workday. The hearing may also be delayed in the event of extreme weather emergency or disaster. If my doctor thinks I may meet the criteria for court-ordered services or emergency detention, he or she must examine me in person within 24 hours of my filing the discharge request. If the doctor decides I don't meet all of these criteria, I must be allowed to leave. A decision concerning whether I must stay must be made within 24 hours, except that on weekends and legal holidays, the decision may be delayed until 4:00 p.m. in the afternoon on the first regular workday. The decision may also be delayed in the event of an extreme weather emergency or disaster. If the court is asked to order me to stay longer, I must be told that I have a right to a hearing within 72 hours (except weekends, holidays, or extreme weather emergencies or disasters). I have the right not to be physically restrained (restriction of movement of parts of the body by person or device or placement in a locked room alone) my doctor must write it in my medical record. If I am restrained I must be told the reason, how long I will be restrained, and what I must to do to be removed from restraint. The restraint has to be stopped as soon as possible. I have the

right to request discharge. If I want to leave, I must do so in writing or tell a staff person. If I tell a staff person I want to leave, the staff must write it down for me. I write in-regards to the TCSO's database shows that I am soppose to be sent to NTSH. TCSO's database does not show who ordered such transfer, or the date the order was filed. So, by reading my rights as a patient, I learned that there has to be an order from a judge, if there was an order from a judge, then that order would be subjective to being documented in my medical records. So, I write to ask for a copy of the order, if there is an order and I ask for a copy of the Certificate of Medical Examination, if there was a certificate filed. If there was a Certificate of Medical Examination filed, I request a reexamination by a physician so that I may obtain an request for discharge. My name is Michael Rios Date of birth 1/25/1987. TCSO's database shows a hold on case number 1640966, order filed to be transfered to NTSH (not to exceed 120 days) If there was a probable cause hearing, I would like to know what court, place, and/or location that these hearings are being held. This is Michael Rios, I hereby notify the correct authority/s, that I want to leave,

Michael Rios
Inmate #: 0665863
100 North Lamar Street
Fort Worth, TX 76196

My attorneys misconduct will be listed as follow

• Has failed to have my case dismissed
• Has failed to place my case on the Speedy Trail Dock
• Has failed during Evidence Exchange to watch the Surveillence footage.
• Has failed to dismiss my misdemeanors.
• Has failed to maintain my innocence to which has hindered my release from custody.
• Has failed to maintain my innocence to which has been a furtherence of an on-going continueatio of an illegal seizure
• Has contribute to more on the side of my Constitutional Rights being Violated.

Enclosed is Application to Proceed in Forma Pauperis, Fedeal Filing Fee Analysis Report, Plantiffs Declarations, Parties to this suit, Statement of Claim, Relief, General Backgro Information, Petition for Writ of Habeas Corpus, Statement to Internal Affairs, F.C.C. complaint, Request for discharge, Affidavit of Indigency



Michael Rios Cid# 0608863
Greenbay Facility
100 N. Lamar St.
Fort Worth, TX 76196

RECEIVED
MAR 21 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

Federal Courthouse
501 W 10th Ste 310
Fort Worth, TX 76102

LEGAL MAIL

Tarrant County Green Bay Law Library