UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL RIOS,**

   Petitioner,

v.                                                    No. 4:23-cv-0282-P

**BILL WAYBOURN,**

   Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Michael Rios **DISMISSED** for want of prosecution.

**SO ORDERED** on this **1st day** of **May, 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE